

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00274-CV

| | | |
|---|---|---|
| BILLY DON & STEPHANIE COUCH AND CARLO & GIOVANNA RESTREPO, Appellants and Appellees | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-309669-19) |
| V. | | |
| | § | August 12, 2021 |
| JUAN CARLOS AVILA AGUILAR, Appellee and Appellant | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Billy Don & Stephanie Couch and Carlo & Giovanna Restrepo shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell